# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-07-00113-CV

**Williamson County Appraisal District, Appellant**

**v.**

**Electric Reliability Council of Texas, Inc., Appellee**

### FROM THE DISTRICT COURT OF WILLIAMSON COUNTY, 277TH JUDICIAL DISTRICT NO. 04-830-C277, HONORABLE KEN ANDERSON, JUDGE PRESIDING

### M E M O R A N D U M   O P I N I O N

Appellant Williamson County Appraisal District and appellee Electric Reliability Council of Texas, Inc., no longer wish to pursue this appeal and have filed a joint motion to dismiss pursuant to their settlement agreement. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(2).

J. Woodfin Jones, Chief Justice

Before Chief Justice Jones, Justices Waldrop and Henson

Dismissed on Joint Motion

Filed:   September 22, 2009